In the Matter of Howard W. Mollet, Petitioner, against Joseph D. McGoldrick, as Comptroller of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to annul the determination and grant petitioner the prevailing rate of wage of ten dollars per day for an eight hour day as determined by the Comptroller from January 1, 1938, to February 28, 1941, without any deduction whatsoever for pension or vacation benefits. (Labor Law, § 220, subds. 1, 3, 5, par. a; cf. also §§ 220-a, 220-b.)

Max A. Bloch, Respondent, v. Leopold R. Ballin, Appellant.— The facts as alleged in the complaint are not sufficient to deprive the defendant of the defenses which he has interposed. Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements and the motion to strike out the first, third and fourth complete defenses and the first partial defense denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Consolidated Edison Company of New York, Inc., Respondent, v. Walter J. Salmon et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. As indicated in our decision on the companion appeal (ante, p. 898, decided herewith), this examination of defendants by plaintiff should precede defendants' examination of plaintiff at a time to be fixed in the order to be submitted. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See post, p. 1024.]

Consolidated Edison Company of New York, Inc., Respondent, v. Sterling Leasing Co., Inc., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. Examination of defendants by plaintiff shall precede the defendants' examination of plaintiff allowed in the companion appeal (ante, p. 898, decided herewith). Settle order on notice. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See post, p. 1024.]

John Suto, Appellant, v. Joseph Ettl et al., Respondents.— Determination of the Appellate Term insofar as it vacated the warrant of attachment reversed and the order of the City Court affirmed, with twenty dollars costs and disbursements in this court and ten dollars costs and disbursements in the Appellate Term to the plaintiff, on the ground that sufficient facts are set forth in plaintiff's affidavits to sustain said warrant of attachment. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to affirm.

In the Matter of Robert Moers, Respondent, against Albert Harris, Appellant.

Application to compel defendant-appellant, an attorney, to pay over moneys in accordance with agreement between attorneys.

The petitioner did not have any lien within the purview of Judiciary Law (§ 475), and on the facts disclosed was not entitled to a summary determination on affidavits. Order appealed from dated June 2, 1944, and entered June 8, 1944, unanimously reversed, with ten dollars costs and disbursements and the petition dismissed without prejudice to the commencement of a plenary action. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.